UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

TEMPUR SEALY INTERNATIONAL, INC.　　　17 **CIVIL** 2169 (LAK)
SECURITIES LITIGATION,

**JUDGMENT**

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated March 26, 2019, defendants' motion to dismiss in its entirety is granted; accordingly, the case is closed.

**Dated:** New York, New York
　　　　　March 28, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　**RUBY J. KRAJICK**
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　　　　　BY:
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

　　　　　　　　　　　　　　　　　　　　THIS DOCUMENT WAS ENTERED
　　　　　　　　　　　　　　　　　　　　ON THE DOCKET ON _____